AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Javen Jones | ) | Case No. 22-mj-109 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 6, 2022 in the parish of Orleans in the Eastern District of Louisiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC § 841(a)(1) | Possession with the intent to distribute 40 grams or more of fentanyl |
| Title 18 USC § 924(c) | Possession of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

/s/ Chad Cockerham Sr.
*Complainant's signature*

Chad Cockerham Sr. , Task Force Officer, FBI
*Printed name and title*

Sworn to and electronically subscribed before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), on this 7th day of August, 2022.

Date: 08/07/2022

*Judge's signature*

City and state: New Orleans, Louisiana

Hon. Donna Phillips Currault, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-109 |
| v. | * | SECTION:  MAG |
| JAVEN JONES | * | |
| | * | |

\* \* \*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A COMPLAINT**

I, Chad Cockerham, Sr. being duly sworn, depose and state as follows:

1.      I am a Task Force Officer (TFO) with the New Orleans Police Department (NOPD), assigned to the Federal Bureau of Investigation (FBI), United States Department of Justice. I have been employed by the NOPD since January 2009, and I have been assigned to the FBI New Orleans Violent Crime Task Force (NOVCTF) since November of 2018. This task force includes federal and state officers tasked with the responsibility of investigating fugitive matters, bank robberies, extortions, narcotic violations, firearm violations, and crimes of violence in the New Orleans metropolitan area. I have participated in investigations involving narcotics, firearm violations, and violent crimes, and am thoroughly familiar with the investigative techniques used in these investigations.

**PURPOSE OF AFFIDAVIT**

2.      This affidavit is made in support of a criminal complaint against Javen Jones, for a violation of Title 21, United States Code §§ 841(a)(1) and 841(b)(1)(B) (possession with intent to distribute 40 grams or more of a mixture/substance containing a detectable amount of fentanyl)

and Title 18, United States Code § 924(c) (possession of a firearm in furtherance of a drug trafficking crime). Since this affidavit is being submitted for this limited purpose, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are essential to establish the necessary foundation for obtaining a criminal complaint.

## PROBABLE CAUSE

3.     On Saturday, August 6, 2022, at approximately 4:45 p.m., TFO Chad Cockerham was conducting surveillance near the 1800 Block of Touro Street, which is within the Fifth Police District of New Orleans.  The area had been the scene of multiple crimes of violence (homicides and nonfatal shootings) that have occurred within this block in the last year.  TFO Cockerham has recently received multiple complaints from concerned citizens in the area about the sales of illegal narcotics and subjects possessing firearms / rifles. The concerned citizens further stated they feel like prisoners in their own neighborhoods, due to not being able to come outside of their homes, without the fear of being the victims of gun violence.

4.     At approximately 4:53 p.m., on the above-mentioned date, TFO Cockerham observed two males standing on the stoop of a residence at the intersection of Touro Street and North Prieur Street.  The residence the subjects were in front of was on the uptown side of the street in the 1800 block of Touro Street.  TFO Cockerham observed one male was clad in stone washed jeans and a black windbreaker with a "Nike Check" on the back of the jacket.  The subject also had a black backpack on his back.  The second subject was clad in a black tee shirt and gray trousers.  TFO Cockerham observed both subjects to have bulges in their front waistband consistent to a firearm.

5. TFO Cockerham continued to monitor the subjects and was able to see both subjects adjust objects in their front waistband that TFO Cockerham identified as firearms. TFO Cockerham observed a third subject walk up with a blue hooded sweatshirt and blue shorts. He was in possession of a firearm as well. TFO Cockerham observed the male with the backpack take the backpack off and hang it on the iron railing of the porch where the subjects were loitering.

6. Based on TFO Cockerham's observations and his reasonable suspicion that the subjects were armed, TFO Cockerham summoned New Orleans Police Department and Louisiana State Police units to the area for an investigatory stop. While units were approaching the area, the male with the black windbreaker walked to a residence in the 1900 block of Touro Street and entered a yard with a chain linked fence.

7. TFO Cockerham continued to monitor the subjects as the marked police vehicles entered the area. As the marked units approached the two male subjects that were still at the location, they fled into the 1800 block of Touro Street to evade the officers. TFO Cockerham advised the responding units that the subject with the windbreaker walked off and his bag was still resting on the iron railing where he left it. TFO Cockerham advised the officers to secure the bag.

8. While officers erected a perimeter for the subjects that fled the location while armed, the officers observed the subject with the black windbreaker loitering on the porch of a house in the 1900 block of Touro Street. The officers approached the residence and detained Jevan Jones. The officers lifted Jones's shirt and removed a black Glock 19 pistol with an extended magazine. Officers conducted a search incident to arrest and found $663 in various cash currency bills and a clear plastic bag tied closed that contained small blackish rock like substances in Jones's pockets. Officers also searched the bag Jones had placed on the fence railing and found $500 in

various cash currency bills and a clear plastic bag tied closed containing blackish rock like substances in the middle zipper of the bag. The firearm had been reported stolen. The suspected narcotics were field tested and yielded a positive result for fentanyl. The total cash seized from Jones was $1,163 and the total amount of fentanyl was 44.6 grams.

9. Based on your affiant's training and experience, 44.6 grams of fentanyl is consistent with distribution and not personal use. This conclusion that the drugs were possessed for distribution is bolstered by the large amount of cash Jones had. Your affiant is also aware that firearms are common tools of the trade for narcotics distributors and believes there is probable cause to believe that Jones possessed the firearm in furtherance of his drug trafficking activities given that he had it in his waist band while possessing drugs and cash.

/s/ Chad Cockerham, Sr.
Task Force Officer Chad Cockerham, Sr.
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Sworn to and electronically subscribed before me,
over the telephone, and signed by me pursuant to
Fed. R. Crim. P. 4.1 and 4(d), on this 7th day of
August, 2022.
New Orleans, Louisiana.

HONORABLE DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF LOUISIANA